IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANTONIO ROBINSON, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:19-CV-209 (CDL) |
| Warden WALTER BERRY, | * |
| Respondent. | * |

O R D E R

The Court previously adopted the Magistrate Judge's Report and Recommendation to dismiss Petitioner's habeas application on March 23, 2021. Order (Mar. 23, 2021), ECF No. 28. A month after that order was entered, Petitioner filed untimely objections on April 24, 2021. The Court construes Petitioner's filing to be a motion to vacate the Court's previous order so that his tardy objections can be considered. Although the Court is skeptical as to whether Petitioner has satisfied the requirements for vacating that order, the Court nevertheless in the interest of justice and judicial economy vacates its previous order adopting the Report and Recommendation and corresponding judgment.

Now that the previous order has been vacated, the Court has conducted a de novo review of the record and finds that Petitioner's objections lack merit. Therefore, the Report and Recommendation filed by the United States Magistrate Judge on

February 5, 2021 is again approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 11th day of June, 2021.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA